IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHAN DU,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, EMILIO GONZALEZ, ROSEMARY MELVILLE, and ROBERT MUELLER III<br><br>    Defendants. | No. C 08-00902 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 2, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE